IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| TOMMY RICHEY | ) |
| | ) |
| v. | ) CV. NO. 05-H-8036-S |
| | ) CR. NO. 02-H-402-S |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on April 25, 2008 recommending that the motion to vacate be denied. The parties were allowed fifteen days in which to file objections. No objections to the findings and recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate filed pursuant to 28 U.S.C. § 2255 is due to be DENIED. A Final Judgment will be entered.

**DONE** this the ___15th___ day of May, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE